Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern_____ District of __California___
                                    (State)

Case number *(If known)* _____ Chapter _7___

23-3074

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (If known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    MICHAEL S. DUFFY SR. DO INC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    263-762-686__ __ __ __ __ __

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 13967 Campo Road 202A | |
   | Number     Street | Number     Street |
   | | P O Box |
   | Jamul          CA    91935 | |
   | City          State    ZIP Code | City          State    ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | San Diego | |
   | County | Number     Street |
   | | City          State    ZIP Code |

5. **Debtor's website (URL)**

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor      <u>MICHAEL S. DUFFY SR. DO INC.</u>                    Case number *(if known)*_____
            Name

**6    Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other Specify _____

**7.   Describe debtor's business**

A  *Check one*

☐ Health Care Business (as defined in 11 U S C § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U S C § 101(51B))

☐ Railroad (as defined in 11 U.S.C § 101(44))

☐ Stockbroker (as defined in 11 U S C § 101(53A))

☐ Commodity Broker (as defined in 11 U S C § 101(6))

☐ Clearing Bank (as defined in 11 U S C § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U S C § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U S C § 80a-3)

☐ Investment advisor (as defined in 15 U S C. § 80b-2(a)(11))

C  NAICS (North American Industry Classification System) 4-digit code that best describes debtor  See http //www uscourts gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11  *Check all that apply*

A debtor who is a "small business debtor" must check the first sub-box  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U S C § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C, § 1116(1)(B)

☐ The debtor is a debtor as defined in 11 U S C, § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U S C § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2

☐ Chapter 12

Debtor    <u>MICHAEL S. DUFFY SR, DO INC.</u>        Case number *(if known)* _____

Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list

☑ No

☐ Yes   District _____ When _____ Case number _____

                          MM / DD / YYYY

             District _____ When _____ Case number _____

                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes   Debtor _____ Relationship _____

             District _____ When _____

                                    MM / DD / YYYY

             Case number, if known _____

**11 Why is the case filed in *this district*?**

Check all that apply

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** *(Check all that apply.)*

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety

            What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options)

        ☐ Other _____

        **Where is the property?** _____

                     Number      Street

        _____

                     City                             State ZIP Code

        **Is the property insured?**

        ☐ No

        ☐ Yes   Insurance agency _____

                     Contact name _____

                     Phone _____

**■ Statistical and administrative information**

| Debtor | MICHAEL S. DUFFY SR. DO INC. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10-5-2023
          MM / DD / YYYY

✗ _Melissa Scott_         Melissa Scott
Signature of authorized representative of debtor      Printed name

Title   Secretary

**Fill in this information to identify the case and this filing:**

Debtor Name  MICHAEL S. DUFFY SR. DO INC.

United States Bankruptcy Court for the: Southern                    District of  CA
                                                                                              (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10-5-2023              ✗ *Melissa Scott*
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                                       Melissa Scott
                                                       Printed name

                                                       Secretary
                                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __MICHAEL S. DUFFY SR. DO INC__

United States Bankruptcy Court for the __Southern__ District of __CA__
(State)

Case number (If known) _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   - ☒ No. Go to Part 2
   - ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3 1 | | | $_____ 0.00 |
| 3 2 | | | $_____ |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4 1 | | $_____ 0.00 |
| 4 2 | | $_____ |

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets) Copy the total to line 80. | $_____ 0.00 |

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?
   - ☒ No Go to Part 3
   - ☐ Yes Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7 1 | | $_____ 0.00 |
| 7 2 | | $_____ |

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property

Debtor    MICHAEL S DUFFY SR. DO INC
          _____
          Name

Case number (if known)_____

8  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

   8 1  _____

   8 2  _____    $_____0.00

                                                                             $_____

9. Total of Part 2.

   Add lines 7 through 8  Copy the total to line 81                          $_____0.00

## Part 3:  Accounts receivable

10  Does the debtor have any accounts receivable?

    ☑ No  Go to Part 4.

    ☐ Yes  Fill in the information below

11  Accounts receivable                                                      Current value of debtor's
                                                                             interest

    11a  90 days old or less.  _____ – _____ = ➔   $_____
                               face amount            doubtful or uncollectible accounts

    11b  Over 90 days old     _____ – _____ = ➔   $_____
                               face amount            doubtful or uncollectible accounts

12  Total of Part 3

    Current value on lines 11a + 11b = line 12  Copy the total to line 82            $_____

## Part 4:  Investments

13  Does the debtor own any investments?

    ☑ No.  Go to Part 5

    ☐ Yes  Fill in the information below

                                                       Valuation method          Current value of debtor's
                                                       used for current value    interest

14  Mutual funds or publicly traded stocks not included in Part 1

    Name of fund or stock

    14 1  _____

    14 2  _____   _____   $_____
                                                      _____   $_____

15  Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture

    Name of entity                                    % of ownership

    15 1  _____  _____ %

    15 2  _____  _____ %   _____   $_____
                                                                 _____   $_____

16  Government bonds, corporate bonds, and other negotiable and non-negotiable
    Instruments not included in Part 1

    Describe

    16 1  _____

    16 2  _____   _____   $_____
                                                     _____   $_____

17. Total of Part 4

    Add lines 14 through 16  Copy the total to line 83                    $_____

Official Form 206A/B                  Schedule A/B: Assets    Real and P

Debtor    __MICHAEL S  DUFFY SR. DO INC__
                  Name                                                    Case number (if known) _____

18  **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No  Go to Part 6
☐ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19  **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20  **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21  **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22  **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23  **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84                                        $_____

24  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes  Book value _____  Valuation method_____  Current value_____

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

27  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No  Go to Part 7
☐ Yes  Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28  **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29  **Farm animals** *Examples*  Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31  **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32  **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    MICHAEL S. DUFFY SR. DO INC
          _____
          Name

Case number *(if known)* _____

33  **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85

    $ _____

34  **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes  Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes  Book value $_____   Valuation method _____   Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No  Go to Part 8.

    ☐ Yes  Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39  Office furniture | $_____ | _____ | $_____ |
| 40  Office fixtures | $_____ | _____ | $_____ |
| 41  Office equipment, including all computer equipment and communication systems equipment and software | $_____ | _____ | $_____ |
| 42  Collectibles *Examples* Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, china and crystal; stamp, coin, or baseball card collections, other collections, memorabilia, or collectibles | $_____ | | $_____ |
| 42 1 _____ | $_____ | _____ | $_____ |
| 42 2 _____ | $_____ | _____ | $_____ |
| 42 3 _____ | $_____ | _____ | $_____ |

43.  **Total of Part 7.**

    Add lines 39 through 42  Copy the total to line 86

    $ _____

44  **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Official Form 206A/B                    Schedule A/B: Assets      Real and P

Debtor    MICHAEL S. DUFFY SR. DO INC
_____
Name

Case number (if known) _____

---

**Part 8:** Machinery, equipment, and vehicles

46   Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No, Go to Part 9

☐ Yes  Fill in the information below

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

47 1_____    $_____    _____    $_____

47 2_____    $_____    _____    $_____

47 3_____    $_____    _____    $_____

47 4_____    $_____    _____    $_____

48.  Watercraft, trailers, motors, and related accessories Examples  Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48 1_____    $_____    _____    $_____

48 2_____    $_____    _____    $_____

49   Aircraft and accessories

49 1_____    $_____    _____    $_____

49 2_____    $_____    _____    $_____

50   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

_____    $_____    _____    $_____

51   Total of Part 8.

Add lines 47 through 50  Copy the total to line 87                    $_____

52   Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53   Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor    MICHAEL S DUFFY SR. DO INC
_____
          Name

Case number (if known)_____

## Part 9:  Real property

54  **Does the debtor own or lease any real property?**
☑ No  Go to Part 10
☐ Yes  Fill in the information below

55  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55 1_____ | _____ | $_____ | _____ | $_____ |
| 55 2_____ | _____ | $_____ | _____ | $_____ |
| 55 3_____ | _____ | $_____ | _____ | $_____ |
| 55 4_____ | _____ | $_____ | _____ | $_____ |
| 55 5_____ | _____ | $_____ | _____ | $_____ |
| 55 6_____ | _____ | $_____ | _____ | $_____ |

56  **Total of Part 9.**

Add the current value on lines 55 1 through 55 6 and entries from any additional sheets. Copy the total to line 88

$_____0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual property

59  **Does the debtor have any interests in intangibles or intellectual property?**
☑ No  Go to Part 11
☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | $_____ | _____ | $_____ |
| 61  Internet domain names and websites | $_____ | _____ | $_____ |
| 62  Licenses, franchises, and royalties | $_____ | _____ | $_____ |
| 63  Customer lists, mailing lists, or other compilations | $_____ | _____ | $_____ |
| 64  Other intangibles, or intellectual property | $_____ | _____ | $_____ |
| 65  Goodwill | $_____ | _____ | $_____ |
| | $_____ | | $_____ |

66  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    MICHAEL S DUFFY SR. DO INC
        Name

Case number (if known)_____

67   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☐ No
- ☐ Yes

68   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

### Part 11:   All other assets

70   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No   Go to Part 12
- ☐ Yes   Fill in the information below

                                                                      **Current value of debtor's interest**

71   **Notes receivable**
Description (include name of obligor)

_____   _____ — _____ = →   $_____
                            Total face amount    doubtful or uncollectible amount

72   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____      Tax year _____   $_____
_____      Tax year _____   $_____
_____      Tax year _____   $_____

73   **Interests in insurance policies or annuities**

74   **Causes of action against third parties (whether or not a lawsuit has been filed)**
                                                        $_____

Nature of claim _____
Amount requested   $_____

75   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim _____    $_____
Amount requested   $_____

76   **Trusts, equitable or future interests in property**

77   **Other property of any kind not already listed**   *Examples* Season tickets, country club membership
                                                        $_____

_____    $_____

78   **Total of Part 11.**
Add lines 71 through 77 Copy the total to line 90             $_____

79   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Official Form 206A/B

Debtor   MICHAEL S. DUFFY SR, DO INC
          Name

Case number (if known)_____

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80  Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81  Deposits and prepayments. *Copy line 9, Part 2* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ | |
| 83  Investments. *Copy line 17, Part 5* | $ | |
| 84  Inventory. *Copy line 23, Part 5* | $ | |
| 85  Farming and fishing-related assets. *Copy line 33, Part 6* | $ | |
| 86. Office furniture, fixtures, and equipment, and collectibles. *Copy line 43, Part 7* | $ | |
| 87  Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ | |
| 88  Real property. *Copy line 56, Part 9* .  .  .  .  .  ..  ...  ..  .....→ | | $ 0.00 |
| 89  Intangibles and intellectual property. *Copy line 66, Part 10* | $ | |
| 90  All other assets. *Copy line 78, Part 11.* + | $ | |
| 91  **Total.** Add lines 80 through 90 for each column.  .  .  . 91a | $ _____ + | 91b. $ 0.00 |

92  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92  .   . .  ..  ..  .......  $ 0.00

Fill in this information to identify the case:

Debtor name __MICHAEL S. DUFFY SR. DO INC__

United States Bankruptcy Court for the __Southern__   District of __CA__
(State)

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No  Check this box and submit page 1 of this form to the court with debtor's other schedules  Debtor has nothing else to report on this form
   - ☐ Yes Fill in all of the information below

**Part 1:   List Creditors Who Have Secured Claims**

2  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  Creditor's name _____

Describe debtor's property that is subject to a lien
_____   $_____   $_____
Creditor's mailing address _____
_____
_____

Describe the lien _____
_____

Creditor's email address, if known _____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Last 4 digits of account number ____  ____  ____  ____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes  Fill out Schedule H  Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes  Specify each creditor, including this creditor, and its relative priority

As of the petition filing date, the claim is. Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**  Creditor's name _____

Describe debtor's property that is subject to a lien
_____   $_____   $_____
Creditor's mailing address _____
_____

Describe the lien _____
_____

Creditor's email address, if known _____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Last 4 digits of account number ____  ____  ____  ____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes  Fill out Schedule H  Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes  Have you already specified the relative priority?
  - ☐ No  Specify each creditor, including this creditor, and its relative priority _____
  - ☐ Yes  The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is. Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                         $_____

Official Form 206D                    Schedule D

Debtor   **MICHAEL S. DUFFY SR, DO INC**
Name

Case number *(if known)* _____

---

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.___** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes  Have you already specified the relative priority?
  ☐ No  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
  ☐ Yes  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes  Fill out Schedule H  Codebtors (Official Form 206H)

As of the petition filing date, the claim is.
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes  Have you already specified the relative priority?
  ☐ No  Specify each creditor, including this creditor, and its relative priority
   _____
   _____
   _____
  ☐ Yes  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes  Fill out Schedule H  Codebtors (Official Form 206H)

As of the petition filing date, the claim is.
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Cla...

Debtor  MICHAEL S. DUFFY SR. DO INC
　　　　Name

Case number (if known)_____

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D　　　　　Official Part 2 of Schedule D: Creditors Who Have Claims

Fill in this information to identify the case:

Debtor _____ MICHAEL S. DUFFY SR. DO INC _____

United States Bankruptcy Court for the ___Southern_____ District of __CA___
(State)

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C § 507).

☐ No  Go to Part 2
☑ Yes  Go to line 2

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Dengnani Family Limited Partnership
12750 High Bluff Road sUITE 250
San Diego, CA 92130

As of the petition filing date, the claim is:
*Check all that apply*
☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____   Priority amount $ _____

Date or dates debt was incurred
June 27, 2013

Basis for the claim:
Lease

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim  11 U.S.C § 507(a) (qqqqq)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim. 11 U.S.C § 507(a) (____)

Debtor    MICHAEL S. DUFFY SR. DO INC
         Name

Case number (if known) _____

---

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                    Total claim            Priority amount

**2__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2__** Priority creditor's name and mailing address

As of the petition filing date, the claim is.   $_____     $_____
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2__** Priority creditor's name and mailing address

As of the petition filing date, the claim is.   $_____     $_____
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim.

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Official Form 206E/F

Debtor  __MICHAEL S. DUFFY SR. DO INC__
        Name

Case number (if known) _____

---

**Part 2:**  List All Creditors with **NONPRIORITY** Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

|  |  |
|---|---|
| | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is.
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F

Debtor   MICHAEL S. DUFFY SR. DO INC
               Name

Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  MICHAEL S. DUFFY SR  DO INC
Name

Case number (if known) _____

<table>
<tr><td>Part 3:</td><td colspan="2"><strong>List Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

4   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (If any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4 1 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 2 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 3 | Line ____ □ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 4 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 5 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 6 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 7 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 8 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 9 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 10 | Line ____ □ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 11 | Line ____ □ Not listed  Explain _____ | ___ ___ ___ ___ |
| 4 12 | Line ____ □ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F

Debtor    MICHAEL S. DUFFY SR. DO INC
_____
          Name

Case number *(if known)* _____

---

**Part 3:**   Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |
| 4 __ | Line ____ <br> ☐ Not listed  Explain _____ | _ _ _ _ |

Debtor   MICHAEL S. DUFFEY SR. DO INC
         Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a  Total claims from Part 1

    5a.   $_____

5b  Total claims from Part 2

    5b   **+**   $_____

5c  Total of Parts 1 and 2
    Lines 5a + 5b = 5c.

    5c   $_____

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the _____ District of _____
(State)

Case number (If known) _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No  Check this box and file this form with the court with the debtor's other schedules  There is nothing else to report on this form.

   ☐ Yes  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B)

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |

Debtor _____    Case number (if known)_____
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                           whom the debtor has an executory contract or unexpired lease

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

| Fill in this information to identify the case: |
| --- |

Debtor name _____

United States Bankruptcy Court for the _____ District of _____
                                                              (State)

Case number (If known) _____

Official Form 206H

## Schedule H: Codebtors

☐ Check if this is an amended filing

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1 **Does the debtor have any codebtors?**
☐ No  Check this box and submit this form to the court with the debtor's other schedules  Nothing else needs to be reported on this form.
☐ Yes

2 **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1  Codebtor**

**Column 2: Creditor**

| Name | Mailing address | Name | Check all schedules that apply |
| --- | --- | --- | --- |
| 21 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 22 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 23 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 24 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 25 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 26 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____    Case number (if known) _____
              Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column 1  Codebtor**                                                              **Column 2  Creditor**

| Name | Mailing address | Name | Check all schedules that apply |
|------|-----------------|------|-------------------------------|

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

2 __  _____

Street _____    _____    ☐ D  ☐ E/F  ☐ G

_____

City _____  State _____  ZIP Code _____

Official Form 106H

CSD 2030 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Marc Steven Applbaum, Esq.
MIDWAY LAW FIRM APC
4275 Executive Square Suite 200
La Jolla, CA 92037
760 484-1203

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

MICHAEL S. DUFFY SR. DO INC

BANKRUPTCY NO.

Debtor.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows.

For legal services, I have agreed to accept . . . . .   .    . .    . . .   . . . . . . . $ 2000.00

Prior to the filing of this statement I have received .    . . . . . . .    . . . . .   . . . . .   . $ _____

Balance Due . . . . . . . . . .      . . . . .  . . .  . . .    . . . .     . . .  . . . . . . . . . $ _____

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is

   ☐ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

CSD 2030

[Continued on Page 2]

CSD 2030 (Page 2) (12/01/15)

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED.

Marc Steven Applbaum, Esq.
(Typed Name and Signature)

Midway Law Firm APC
(Name of Law Firm)

Fill in this information to identify the case:

Debtor name  MICHAEL S. DUFFY SR. DO INC.

United States Bankruptcy Court for the  Southern          District of  CA
                                                                    (State)

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a  **Real property:**
         Copy line 88 from *Schedule A/B* ..                                    $ _____

    1b  **Total personal property:**
         Copy line 91A from *Schedule A/B* .                                    $ _____

    1c  **Total of all property:**
         Copy line 92 from *Schedule A/B*                                       $ _____

**Part 2:**   **Summary of Liabilities**

2  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............ ... ;..... ...  .  .    $ _____

3  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a  **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*    .  . .  .. ...  .  .   ..  . ..  .    $ _____

    3b  **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*      .   .   .   ... .   + $ _____

4  **Total liabilities....**
    Lines 2 + 3a + 3b                                                          $ _____

**Fill in this information to identify the case:**

Debtor name __MICHAEL S. DUFFY SR. DO INC__

United States Bankruptcy Court for the __Southern__ _____ District of __CA__
(State)

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1    Gross revenue from business**

☑ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties  List each source and the gross revenue for each separately  Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year.** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |

Debtor   __MICHAEL S. DUFFY SR. DO INC__                          Case number (if known)_____
                Name

<table>
<tr><td>Part 2:</td><td colspan="2"><strong>List Certain Transfers Made Before Filing for Bankruptcy</strong></td></tr>
</table>

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1 | | | | ☐ Secured debt |
| | Creditor's name | | $_____ | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |
| 3.2 | | | | ☐ Secured debt |
| | Creditor's name | | $_____ | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |

4 **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives, affiliates of the debtor and insiders of such affiliates, and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 4.2 | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

Debtor    MICHAEL S. DUFFY SR. DO INC
          Name

Case number *(if known)*_____

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller  Do not include property listed in line 6

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5 1 | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City                    State    ZIP Code | | | |
| 5 2 | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City                    State    ZIP Code | | | |

**6   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City                    State    ZIP Code | Last 4 digits of account number  XXXX–___ ___ ___ ___ | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7 1 | Dehghani v. Duffy | Lease | San Diego Superior Court<br>Name<br>1100 Union Street<br>Street<br>San Diego        CA 92101<br>City        State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>37-2022-00034377 | | | |
| 7 2 | Case title | | Court or agency's name and address<br>Name<br>Street<br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |

Debtor    MICHAEL S. DUFFY SR. DO INC
       _Name_                                            Case number _(if known)_____

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | | $ _____ |
| _____ Street | Case title | Court name and address |
| _____ | | _____ Name |
| _____ City     State     ZIP Code | Case number | _____ Street |
| | Date of order or assignment | _____ City     State     ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | _____ | | |
| _____ City     State     ZIP Code | | | |
| Recipient's relationship to debtor _____ | | | |
| **9.2** _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | _____ | | |
| _____ City     State     ZIP Code | | | |
| Recipient's relationship to debtor _____ | | | |

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B, Assets – Real and Personal Property) | | |
| _____ | _____ | _____ | $ _____ |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page 4

Debtor    <u>MICHAEL S. DUFFY SR  DO INC</u>
          Name

Case number (if known)_____

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11 1 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11 2 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device
Do not include transfers already listed on this statement

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor    MICHAEL S. DUFFY SR. DO INC
Name                                                    Case number (if known)_____

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs Include both outright transfers and transfers made as security  Do not include gifts or transfers previously listed on this statement

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13 1  _____    _____    _____    $_____

Address

_____    _____
Street

_____
City            State    ZIP Code

Relationship to debtor

_____


Who received transfer?

13 2  _____    _____    _____    $_____

Address

_____
Street

_____
City            State    ZIP Code

Relationship to debtor

_____


### Part 7:    Previous Locations

### 14 Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14 1  _____    From _____  To _____
Street

_____
City            State    ZIP Code

14 2  _____    From _____  To _____
Street

_____
City            State    ZIP Code

Debtor    MICHAEL S. DUFFY SR. DO INC
_____        Case number (if known) _____
          Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No  Go to Part 9.
☐ Yes  Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15 1 | Facility name _____ | _____ | |
| | Street _____ | Location where patient records are maintained (if different from facility address) If electronic, identify any service provider | How are records kept? |
| | _____ | _____ | Check all that apply: |
| | City    State    ZIP Code | _____ | ☐ Electronically |
| | | | ☐ Paper |

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15 2 | Facility name _____ | _____ | |
| | Street _____ | Location where patient records are maintained (if different from facility address) If electronic, identify any service provider | How are records kept? |
| | _____ | _____ | Check all that apply. |
| | City    State    ZIP Code | _____ | ☐ Electronically |
| | | | ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No
☐ Yes  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10
☐ Yes  Does the debtor serve as plan administrator?
    ☐ No  Go to Part 10
    ☐ Yes  Fill in below
        Name of plan                                      Employer identification number of the plan

        _____        EIN: __ __ – __ __ __ __ __ __ __

    Has the plan been terminated?
    ☐ No
    ☐ Yes

Debtor  MICHAEL S. DUFFY SR. DO INC
        Name

Case number (if known) _____

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 | | | | |
| Name _____ | XXXX–___ ___ ___ ___ | ☐ Checking | _____ | $_____ |
| Street _____ | | ☐ Savings | | |
| | | ☐ Money market | | |
| City        State        ZIP Code | | ☐ Brokerage | | |
| | | ☐ Other_____ | | |
| 18.2 | | | | |
| Name _____ | XXXX–___ ___ ___ ___ | ☐ Checking | | $_____ |
| Street _____ | | ☐ Savings | | |
| | | ☐ Money market | | |
| City        State        ZIP Code | | ☐ Brokerage | | |
| | | ☐ Other_____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ | _____ | m_____ | ☐ No |
| Street _____ | _____ | _____ | ☐ Yes |
| City        State        ZIP Code | Address _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ | _____ | _____ | ☐ No |
| Street _____ | _____ | _____ | ☐ Yes |
| City        State        ZIP Code | Address _____ | | |

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 8

Debtor    MICHAEL S. DUFFY SR, DO INC
          Name                                                    Case number (if known)_____

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22 Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes  Provide details below

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| | City          State          ZIP Code | | |

**23 Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes  Provide details below

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor     MICHAEL S. DUFFY SR. DO INC                        Case number (if known)_____
           Name

**24 Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes, Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**26 Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case Include this information even if already listed in the Schedules

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN |
|---|---|---|---|
| 25 1 | Name | | EIN: __ __ — __ __ __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City     State     ZIP Code | | From _____    To _____ |
| 25 2 | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN |
| | Name | | EIN. __ __ — __ __ __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City     State     ZIP Code | | From _____    To _____ |
| 25 3 | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN |
| | Name | | EIN __ __ — __ __ __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City     State     ZIP Code | | From _____    To _____ |

| Debtor | MICHAEL S. DUFFY SR  DO INC | Case number (if known) |
|--------|------------------------------|------------------------|
| | Name | |

## 26  Books, records, and financial statements

**26a** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case

☑ None

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26a 1 | | From _____  To _____ |
| | Name | |
| | Street | |
| | City                          State        ZIP Code | |

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26a 2 | | From _____  To _____ |
| | Name | |
| | Street | |
| | City                          State        ZIP Code | |

**26b** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case

☐ None

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26b 1 | | From _____  To _____ |
| | Name | |
| | Street | |
| | City                          State        ZIP Code | |

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26b 2 | | From _____  To _____ |
| | Name | |
| | Street | |
| | City                          State        ZIP Code | |

**26c** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|--|------------------|------------------------------------------------------------------|
| 26c 1 | | |
| | Name | |
| | Street | |
| | City                          State        ZIP Code | |

Debtor    MICHAEL S. DUFFY SR. DO INC                          Case number (if known)_____
          Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c 2 | Name | |
| | Street | |
| | City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d 1 | Name |
| | Street |
| | City                    State              ZIP Code |
| | Name and address |
| 26d 2 | Name |
| | Street |
| | City                    State              ZIP Code |

**27 Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes  Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27 1 | Name |
| | Street |
| | City                    State              ZIP Code |

Debtor    <u>MICHAEL S. DUFFY SR. DO INC</u>
Name

Case number (if known) _____

Name of the person who supervised the taking of the inventory

Date of inventory

The dollar amount and basis (cost, market, or other basis) of each inventory

_____

$ _____

Name and address of the person who has possession of inventory records

27 2

_____
Name

_____
Street

_____
City      State      ZIP Code

**28** List the debtor's officers, directors, managing member, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
|      |         |                                     |                       |
|      |         |                                     |                       |
|      |         |                                     |                       |
|      |         |                                     |                       |

**29** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes Identify below

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
|      |         |                                     | From _____ To _____ |
|      |         |                                     | From _____ To _____ |
|      |         |                                     | From _____ To _____ |
|      |         |                                     | From _____ To _____ |

**30** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes Identify below

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30 1

_____
Name

_____
Street

_____
City      State      ZIP Code

_____
Relationship to debtor

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 13

Debtor    <u>MICHAEL S. DUFFY SR. DO INC</u>
        Name

Case number (if known)_____

Name and address of recipient

30.2

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Relationship to debtor

_____

**31 Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes  Identify below

Name of the parent corporation

_____

Employer Identification number of the parent corporation

EIN __ __ - __ __ __ __ __ __ __

**32 Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes  Identify below

Name of the pension fund

_____

Employer Identification number of the pension fund

EIN. __ __ - __ __ __ __ __ __ __

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U S C §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____
      MM  / DD  / YYYY

✗ _____

Signature of individual signing on behalf of the debtor

Printed name _____

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

CREDITOR'S LIST

Dehghani Family Limited Partnership Inc.
Salvatore Padula, Esq.
CGS3 Law
12750 High Bluff Dr, Suite 250
San Diego, CA 92130

Iron Mountain
2 Sun Court
Norcross, GA 30092

Siemens Healthineers
Henkestr. 127
Erlangen, Bayern, 91052
Germany